# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

        Petitioner,

      v.

CHURCH & DWIGHT CO., INC.,

        Respondent.

Misc. No. 10-149 (JMF)

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that Church & Dwight, Co., Inc.'s Motion to Stay Pending Appeal [#27] is

**DENIED**.  It is further, hereby,

**ORDERED** that Petitioner Federal Trade Commission's Emergency Motion for an

Enforcement Order Requiring Full Compliance with the District Court's October 29 Order or

Requiring Church & Dwight Co., Inc. to Show Cause Why It Should Not Be Held in Contempt

[#28] will be **GRANTED**.  It is further, hereby,

**ORDERED** that Church & Dwight is to comply fully with my Order of October 29, 2010

by January 11, 2011, or, if it does not comply, to show cause why it should not be held in civil

contempt.  This Order is stayed until January 11, 2011.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE